

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1067-15

### EX PARTE JAMES RICHARD "RICK" PERRY, Appellant

### ON APPELLANT'S AND STATE'S PETITIONS FOR DISCRETIONARY REVIEW FROM THE THIRD COURT OF APPEALS TRAVIS COUNTY

*Per curiam.*
**Richardson, J., not participating.**

### ORDER

Appellant has filed a motion to reschedule oral argument and the State does not oppose the motion. Appellant's motion is granted. Oral argument is rescheduled for November 18th, 2015, at 9 a.m.

Filed: October 9, 2015
Do not publish